# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA ANN HUDSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY HOUSING AUTHORITY, et al.,<br><br>　　　　　　　　Defendants. | Case No. C24-0770-TL<br><br>ORDER |

　　　　Because plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

　　　　Dated this 4th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1